UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WELDON R. BOYLES                                              PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:19cv110 TSL-RHW

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY                                    DEFENDANT

ORDER OF DISMISSAL

The parties have announced to the court a settlement of this case. The court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this mater be closed and removed from its docket. The court, however, with the agreement of the parties, will retain jurisdiction over this matter in the event that settlement of the case is not concluded according to the terms of the settlement agreement, so that the case may be reopened for the court to enter the agreed judgment that will be executed by the parties as part of the settlement agreement.

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. The court retains jurisdiction in the event that settlement of the case is not concluded according to the terms of the settlement agreement.

SO ORDERED this 1ST day of April, 2018.

/s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE